UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO . 09-61083-CIV-HUCK/O'SULLIVAN

WILFRED CADET,

    Plaintiff,
vs.

SANSONE CORPORATION, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

THIS MATTER is before the Court on the plaintiff's Motion for Bill of Costs (DE # 13, 11/5/09).  This matter was referred to United States Magistrate Judge John J. O'Sullivan by the Honorable Paul Huck, United States District Court Judge for the Southern District of Florida, pursuant to 28 U.S.C. § 636(b).  Having carefully considered the pertinent filings, the record and the applicable law, the undersigned recommends that the plaintiff's Motion for Bill of Costs (DE # 13, 11/5/09) be **GRANTED** in accordance with the following Report and Recommendation.

## BACKGROUND

On October 7, 2009, a Final Order of Dismissal with Prejudice based on the plaintiff's acceptance of an Offer of Judgment (DE # 12) was entered in this matter.  On November 5, 2009, the plaintiff filed the instant motion.  As of the date of this Report and Recommendation, there was no response filed to the Bill of Costs filed on November 5, 2009.

**DISCUSSION**

In the exercise of sound discretion, the Court has great latitude to ascertain which costs are taxable.  See EEOC v. W&O, Inc., 213 F.3d 600, 619-20 (11th Cir. 2000).  Under 28 U.S.C. § 1920, a judge or clerk of any of the United states may tax as costs the following:

> (1) Fees of the clerk and marshal;
>
> (2) Fees for printed or electronically recorded transcripts necessarily obtained for use in the case;
>
> (3) Fees and disbursements for printing and witnesses;
>
> (4) Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case;
>
> (5) Docket fees under § 1923 of this title;
>
> (6) Compensation of court appointed experts, compensation of interpreters, and salaries, fees, expenses, and costs of special interpretation services under § 1828 of this title

28 U.S.C. § 1920.  The amount of costs requested by the plaintiff in the bill of costs is reasonable (a total of $514.50) and the costs requested are permitted (the costs are for fees of the Clerk, fees for the service of summons and subpoena, and fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case).  The defendant did not object to the bill of

Costs nor did the defendant respond to the Bill of Costs.

### **RECOMMENDATION**

In accordance with the foregoing, because the requested costs are permitted and reasonable, and there was no objection to the requested costs, the undersigned recommends that the plaintiff's Motion for Bill of Costs (DE # 13, 11/5/09) be **GRANTED** and that the Court issue an Order awarding costs in the amount of ***$514.50*** to the plaintiff.

The parties have 14 days from the date of receipt of this Report and Recommendation within which to serve and file written objections, if any, with the Honorable Paul Huck, United States District Judge. Failure to file objections timely shall bar the parties from attacking on appeal the factual findings contained herein. *See LoConte v. Dugger*, 847 F. 2d 745 (11th Cir.1988), *cert. denied,* 488 U.S. 958 (1988); *see also RTC v. Hallmark Builders, Inc.*, 996 F. 2d 1144, 1149 (11th Cir. 1993).

RESPECTFULLY SUBMITTED at the United States Courthouse, Miami, Florida this 9th day of March, 2010.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Huck
All Counsel of Record

3