UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-61083-CIV-HUCK/O'SULLIVAN

WILFRID CADET,

    Plaintiff,
v.

SANSONE CORPORATION, et al.,

    Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS CAUSE is before the Court on Plaintiff's Motion for Bill of Costs (D.E. #13), filed November 5, 2009. On March 9, 2010, the Honorable John J. O'Sullivan, United States Magistrate Judge, entered a Report and Recommendation (D.E. #15), recommending that the Motion for Bill of Costs be granted and that Plaintiff be awarded $514.50 in costs.

The Court has reviewed *de novo* the Report and Recommendation and the record, and is otherwise duly advised. The Court adopts the findings of fact and conclusions in the Report and Recommendation. Accordingly, it is hereby

ORDERED that the Report and Recommendation is ADOPTED. Plaintiff's Motion for Bill of Costs (D.E. #13) is GRANTED. Plaintiff is awarded costs in the amount of $514.50. If the costs are not paid by April 15, 2010, upon notice by Plaintiff, the Court will enter a judgment for the costs.

DONE AND ORDERED in Chambers, Miami, Florida, March 29, 2010.

Paul C. Huck
United States District Judge

**Copies furnished to:**
Magistrate Judge John J. O'Sullivan
All Counsel of Record